IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-581-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    MATTHEW S. AMOS,**

       Defendant.

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

    All pretrial motions in this matter are due on or before **December14, 2010;** responses to these motions are due **December 28, 2010**.  It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **January 5, 2010, at 2:00 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested.  It is

    FURTHER ORDERED that a **5-day jury trial** is set for **January 24, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 23, 2010