IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-581-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    MATTHEW S. AMOS,**

Defendant.

---

## ORDER

---

Kane, J.

THIS MATTER comes before the Court on the Government's Motion to Disclose

Grand Jury Material To Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the

Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and grand jury testimony

and grand jury documents may be disclosed to the defendant and his attorney in the

course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that

such materials are disclosed only to the defendant and his attorney; that the defense

attorney shall maintain custody of such materials, and shall not reproduce or

disseminate the same.

Dated this 29th  day of November, 2010.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court