IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-581-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**1. MATTHEW S. AMOS,**

   Defendant.

## MINUTE ORDER
*Changing Time of Sentencing Hearing*

Judge John L. Kane **ORDERS**

  The time of the Sentencing Hearing set for **June 10, 2011** is changed to **10:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  May 24, 2011