IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Case **No. 10-cr-581-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff

v.

**1. MATTHEW S. AMOS**,

    Defendant.

---

## MINUTE ORDER

Judge John L. Kane ORDERS

In a Minute Order dated June 23, 2011, I ordered the Probation Department to file an amended PSR no later than August 4, 2011. This deadline is VACATED. The Revised PSR shall be filed as soon as practicable. As stated in my previous order, once the PSR has been filed, the parties shall file any objections pursuant to the timing provisions of Fed. R. Crim. P. 32.

Dated: July 22, 2011