IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-581-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1.**  **MATTHEW S. AMOS,**

    Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

  The Sentencing Hearing is **RESET** for **October 28, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  September 27, 2011