**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam                    Date:  December 16, 2011
Court Reporter: Tammy Hoffschildt
Probation Officer: Katrina Devine

Criminal Action No.: 10-cr-00581-JLK

*Parties:*                                            *Counsel:*

UNITED STATES OF AMERICA,                             Martha A. Paluch

     Plaintiff,

v.

MATTHEW S. AMOS,                                      Philip W. Ogden

     Defendant.

---

**SENTENCING MINUTES**

---

**2:07 p.m.      Court in session.**

Court calls case.  Counsel present.  Defendant present on bond.  Also present, Special Agent, Craig Trautner.

**Change of Plea Hearing: February 23, 2011.**

**Defendant plead guilty to Counts Three and Six of the Indictment.**

Preliminary remarks by the Court.

**ORDERED:  Government's 5K1.1 Motion for Downward Departure (Filed 5/23/11; Doc. No. 20) is GRANTED.**

**ORDERED:  Sealed Motion (Filed 5/25/11; Doc. No. 22) is GRANTED.**

**ORDERED:  Sealed Motion (Filed 11/18/11; Doc. No. 51) is GRANTED.**

*10-cr-00581-JLK*
*Sentencing*
*December 16, 2011*

**ORDERED:   United States' Motion To Dismiss Counts One, Two, Four And Five Of The Indictment At Time Of Sentencing (Filed 12/9/11; Doc. No. 58) is GRANTED.**

**ORDERED:   Restricted Document (Filed 12/13/11; Doc. No. 64) is GRANTED.**

**ORDERED:   United States' Motion under U.S.S.G. 3E1.1(b) For 1-Level Reduction In Defendant Matthew S. Amos's Offense Level For Acceptance Of Responsibility (Filed 12/15/11; Doc. No. 67) is GRANTED.**

Parties received and reviewed the presentence report.

2:19 p.m.       Government's witness, Louis Joseph Milusnic, called and sworn.
                Direct examination begins by Ms. Paluch.

2:26 p.m.       Cross examination begins by Mr. Ogden.

2:32 p.m.       Redirect examination by Ms. Paluch.
2:34 p.m.       Questions by the Court.

2:42 p.m.       Further questions by Mr. Ogden.

2:43 p.m.       Witness excused.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

3:10 p.m.       Comments and further rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
Defendant is sentenced as to Count Three to a term of probation for 5 years, and as to Count Six to a term of probation for 5 years, such terms shall run concurrently.

**Conditions of probation:**
        (X)     Defendant shall not commit another federal, state or local crime.
        (X)     Defendant shall not possess a firearm or destructive device.
        (X)     Defendant shall comply with the standard conditions adopted by the Court.
        (X)     Defendant shall not illegally possess controlled substances.
        (X)     Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised

            release and at least two periodic drug tests thereafter for use of a controlled substance.

(X)      Defendant shall cooperate in the collection of DNA as directed by the probation officer.

(X)      Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of probation:**

(X)      Defendant shall be placed on home detention for a period of 6 months, to commence within 21 days of sentencing.  During this time, defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.

(X)      Defendant shall maintain a telephone at his place of residence without special services, modems, answering machines, or cordless telephones for the above period.

(X)      Defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department.  Defendant will be required to pay the cost of electronic monitoring as directed by  the probation officer.

(X)      Defendant shall prepare a based upon his income, his family income, and their expenses.   The budget shall be submitted quarterly for approval by the Probation Officer.

(X)      The Defendant shall participate in a financial education or counseling program as directed by the Probation Officer.

(X)      Defendant shall not incur any new debt or financial obligation in excess of their budget without the prior written approval of the probation officer.

(X)      Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer.

(X)      The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.

(X)      Defendant shall enroll in a full-time educational or vocational program, if he is not fully employed.

(X)      Defendant shall not visit or remain in any establishment that obtains 49 percent or more of its gross revenue from the sale of alcoholic beverages.

(X)      Defendant shall provide the probation officer with access to any requested financial information.

Defendant is advised that upon recommendation by the Probation Officer, and the

*10-cr-00581-JLK*
*Sentencing*
*December 16, 2011*

determination by the Court, that the terms and conditions probation may be modified or reduced at any time after the inception of this sentence.

Defendant is advised of the right to appeal.

It is the RECOMMENDATION of this Court that the Defendant be granted his certification as an Emergency Medical Technician, as requested.

**3:30 p.m.      Court in recess.**
Hearing concluded.
Total in-court time: 1 hour, 23 minutes.